AO 93 (Rev. 11/13) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By Emily Neu
          Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with the cellular telephones assigned call numbers (360) 306-1817 and (262) 385-3613, that is stored at premises controlled by AT&T | ) <br> ) <br> )    Case No. MJ18-372 <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Florida
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     August 30, 2018     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     any U.S. Magistrate Judge in this district
                                                                                                            *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of

Date and time issued:     08/16/18   10:00 a.m.          *[signature]*
                                                                                          *Judge's signature*

City and state:     Bellingham, Washington          Paula L. McCandlis, U.S. Magistrate Judge
                                                                                          *Printed name and title*

USAO# 2018R00962

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

Case No.: BL15CX18BL0007

Date and time warrant executed: Aug. 16, 2018   12:38 P.M.

Copy of warrant and inventory left with:

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

RECORDS INCLUDING: (TIME PERIOD COVERED 2/2018 - 8/2018)
- TIME AND DURATION OF CELL CALLS, LOCAL AND LONG DISTANCE
- LENGTH OF SERVICE
- IMEI + IMSI number
- INFORMATION regarding CELL TOWER DATA

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/16/2018

Executing officer's signature

BRIAN FARIA - SA HSI
Printed name and title

USAO# 2018R00962

## ATTACHMENT A
### Property to Be Searched

This warrant applies to records and information associated with the cellular telephones assigned call numbers (360) 306-1817 (hereinafter "**Target Telephone 1**" or "**TT1**"), with International Mobile Subscriber Identity (IMSI) 310410043380385 and (262) 385-3613 (hereinafter "**Target Telephone 2**" or "**TT2**"), with IMSI 310410043380209, that is stored at premises controlled by **AT&T**, a wireless telephone service provider headquartered at 11760 U.S. Highway 1, North Palm Beach, FL 33408.

ATTACHMENT A - 1
USAO# 2018R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
### Particular Things to be Seized

I. **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period February 1, 2018, until the date of this warrant:

a. The following information about the customers or subscribers of the Account:

   i. Names (including subscriber names, user names, and screen names);
   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   iii. Local and long distance telephone connection records;
   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   v. Length of service (including start date) and types of service utilized;
   vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
   vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

ATTACHMENT B - 1
USAO# 2018R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      viii.    Means and source of payment for such service (including any credit card or bank account number) and billing records.

  b.    All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

      i.    the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

      ii.    information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of Title 8, United States Code, Section 1324 during the period February 1, 2018, until the date of this warrant.

ATTACHMENT B - 2
USAO# 2018R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970